JAMES E. TILLMAN, Appellant, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Respondent.

(Argued November 25, 1929; decided December 6, 1929.)

*Borris M. Komar* for appellant.

*William C. Cannon* and *Ralph M. Carson* for respondent.

Appeal withdrawn by consent on argument, without costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.

GEORGE COLON AND COMPANY, Respondent, *v.* COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.

(Submitted December 2, 1929; decided December 6, 1929.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 565.)